## STATE OF CONNECTICUT *v.* CHRISTOPHER RUSSELL
## (14686)

O'Connell, Foti and Spear, Js.

Argued February 22—decision released March 12, 1996

*Robert M. Berke,* deputy assistant public defender, for the appellant (defendant).

*Christopher T. Godialis,* deputy assistant state's attorney, with whom, on the brief, were *Mary M. Galvin,* state's attorney, *Paul Gaetano,* assistant state's attorney, and *Nancy L. Gillespie,* deputy assistant state's attorney, for the appellee (state).

PER CURIAM. The judgment is affirmed.